No. 81–2022.  MISSOURI ET AL. v. LIDDELL ET AL.  C. A. 8th Cir.  Motion of respondents Craton Liddell et al. for

leave to proceed *in forma pauperis* granted. Certiorari denied.